IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br><br>**Juliette M. Hernandez,**<br><br>      Debtor. | Case No. 22-17237-MCR<br><br>Chapter 7 |
| **Juliette M. Hernandez,**<br><br>      Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION,**<br><br>      Defendant. | Adv. Pro. No. 23-00140 |

## CONSENT JUDGMENT

**WHEREAS**, on December 29, 2022, Juliette Hernandez (the "Plaintiff" or the "Debtor") commenced the above-captioned bankruptcy case by filing a petition under Chapter 7 of Title 11

of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") (Case No. 22-17237-MCR); and

**WHEREAS**, the Debtor commenced the above-captioned adversary proceeding (the "Adversary Proceeding") against the Department of Education (the "Defendant" or the "Department") by filing the Complaint to Determine Discharge of Student Loans, *see* Adv. Pro. ECF No. 1 (the "Complaint"); and

**WHEREAS**, by the Complaint, the Plaintiff seeks to discharge, pursuant to 11 U.S.C. 523(a)(8), certain student loan debt Plaintiff incurred to attend the Marinello Schools of Beauty, City College of San Francisco, and Montgomery College (the "Student Loan Debt"); and

**WHEREAS**, in July 2023, Plaintiff, pursuant to the November 2022 Guidance for Department Attorneys Regarding Student Loan Bankruptcy Litigation, submitted to the Department an updated Attestation in Support of Request for Stipulation Conceding Dischargeability of Student Loans (the "Attestation"); and

**WHEREAS**, after reviewing the Attestation, the Department agrees that the Court should discharge, pursuant to 11 U.S.C. § 523(a)(8), the Student Loan Debt because, based on its review of the Attestation: (1) Plaintiff has a present inability to maintain a minimal standard of living for herself if required to repay the Student Loan Debt; (2) this inability to repay the Student Loan Debt while maintaining a minimal standard of living is likely to persist for a significant portion of the repayment period; and (3) Plaintiff has demonstrated a good faith effort to repay the Student Loan Debt. The Department thus recommends to the Court that a finding of undue hardship is appropriate and requests that the Court discharge Plaintiff's Student Loan Debt pursuant to 11 U.S.C. § 523(a)(8); and

**WHEREAS**, the Parties desire to amicably resolve the matters at issue in the Adversary Proceeding and, therefore, have agreed to enter into this Consent Judgment.

**NOW, THEREFORE**, upon consideration of the Complaint and the stipulations contained herein, as well as the consent of the parties as evidenced by the endorsement below of the parties or their counsel, it is, by the United States Bankruptcy Court for the District of Maryland:

**ORDERED** that any pre-trial conference scheduled in this matter is **CANCELLED**; and it is further

**ORDERED** that, upon entry of a final Bankruptcy Court order approving the aforementioned terms, the above-captioned Adversary Proceeding shall be closed; and it is further

**ORDERED**, that, pursuant to 11 U.S.C. § 523(a)(8), the Student Loan Debt is hereby **DISCHARGED.**

|  |  |
|---|---|
|  | Erek L. Barron<br>United States Attorney |
| */s/ David E. Lynn*<br>David E. Lynn, - #08779<br>David E. Lynn, PC<br>15245 Shady Grove Road #465<br>(301) 255-0100<br>davidlynn@verizon.net<br>*Counsel for Plaintiff/Debtor* | */s/ Melissa E. Goldmeier*<br>Melissa E. Goldmeier, Bar number: 18769<br>U.S. Attorney's Office, District of Maryland<br>36 S. Charles Street, 4th Fl.<br>Baltimore, MD 21201<br>melissa.goldmeier@usdoj.gov<br>(410) 209-4855<br>*Counsel for Defendant* |

cc: counsel and parties of record

## CERTIFICATION

Pursuant to Appendix H of the Local Rules at V.B.1.c, I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

*/s/ Melissa E. Goldmeier*
Melissa E. Goldmeier
Counsel for Defendant

**END OF ORDER**